November 13, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ALBERT LUJAN D/B/A TEXAS WHOLESALE FLOWER CO., Appellant

NO. 14-14-00345-CV            V.

NAVISTAR, INC., NAVISTAR INTERNATIONAL CORPORATION,
NAVISTAR INTERNATIONAL TRANSPORTATION CORP.,
INTERNATIONAL TRUCK AND ENGINE CORPORATION AND SANTEX
TRUCK CENTERS, LTD., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 5, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Albert Lujan d/b/a Texas Wholesale Flower Co.

We further order this decision certified below for observance.